THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE, *v.*
HIGGINS, APPELLEE AND CROSS-APPELLANT.

[Cite as State *v.* Higgins (1986), 23 Ohio St. 3d 68.]

(No. 85-1422—Decided April 11, 1986.)

*Michael Miller,* prosecuting attorney, and *Karen L. Martin,* for the state of Ohio.
*Steven B. Higgins, pro se.*

This cause on appeal and cross-appeal from the court of appeals (case No. 84AP-703) is reversed in part and affirmed in part on the authority of *State* v. *Jones* (1985), 18 Ohio St. 3d 116, and *State* v. *Preston* (1986), 23 Ohio St. 3d 64, and the judgment of conviction of the trial court is reinstated.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.